Thomas P. Weston, Appellant, vs. William H. Bonney, Edward T. Miller, Adalbert P. Hine, Charles E. Willetts, Ella Lambdin and her husband, M. L. Lambdin, George J. Negles, Charles C. Seyle, Sarah E. Weston, M. Florence Mosley, Cecelia B. Whitehead, Comer L. Peek, Julien W. Bonney and Samuel R. Osbun, Appellees.

Appeal from Circuit Court, Bradford county; Rhydon M. Call, Judge.

Charles L. Fildes and Frank W. Pope, for Appellant.

Fletcher &. Wurts, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants dismissing the bill, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.